IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY V. RICE,

      Plaintiff,

vs.                                                                       Civ. No. 97-120 LH/WWD

UNITED STATES, et al.,

      Defendants

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion to Compel Mandatory Disclosures [docket no. 30] filed by Defendants on May 4, 1998. In Plaintiff's initial disclosures, under the heading Computation of Damages, Plaintiff responds "None known at this time." The same answer is given with respect to the heading Documents, Data Compilations, Etc. I read these entries as meaning that Plaintiff does not have any damages or any computation of damages and that he has no documents, data, etc., which bear on the question of damages. To allow for the possibility that I am mistaken in my interpretation of Plaintiff's initial disclosures, I will entertain a motion to reconsider this order if within ten (10) days the motion is submitted together with copies of any computations with respect to damages and any documents in support of Plaintiff's damages claims.

      **WHEREFORE,**

      **IT IS ORDERED** that the motion to compel is DENIED.

**IT IS FURTHER ORDERED** that at the time of the trial of this cause, Plaintiff shall not be allowed to introduce any evidence of damages he has suffered either by way of document, data compilations, or testimony.

_____
UNITED STATES MAGISTRATE JUDGE